UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.17-CIV-62577-BLOOM
MAGISTRATE JUDGE P.A. WHITE

MOHAMMED ABDUTHABIT, :

    Petitioner, :

v. :         ORDER TO SHOW CAUSE
                                        28 U.S.C. §2241

JEFF SESSIONS, :

    Respondent. :

Petitioner has filed a motion to vacate pursuant to 28 U.S.C. §2241, challenging his continued detention by Immigration and Customs Enforcement. It is thereupon

ORDERED AND ADJUDGED as follows:

1. To prevent motions for extension of time, counsel for the respondent is notified that an extended period for the response has been provided in this case.

2. Counsel for the respondent shall notify the Court within one week of receipt of this Order of the name of the Assistant United States Attorney to whom the case is assigned.

3. On or before **forty-five days from the date of this order**, the respondent shall file a memorandum of fact and law to show cause why this motion should not be granted, **and shall file therewith all documents and transcripts necessary for the resolution of this petition.**

4. Counsel for the respondent is requested to not caption the response as a "Motion to Dismiss." The statute, 28 U.S.C. §2243, calls for a "Return."

DONE AND ORDERED at Miami, Florida, January 3, 2018.

                                            **s/Patrick A. White**
                                         UNITED STATES MAGISTRATE JUDGE

cc:  Mohammed Abduthabit
     209875963
     Broward Transitional Center
     Inmate Mail/Parcels
     3900 North Powerline Road
     Pompano Beach, FL 33073
     PRO SE

     United States Of America
     represented by Noticing 2255 US Attorney
     Email: usafls-2255@usdoj.gov