UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:17-cv-62577-BLOOM
MAGISTRATE JUDGE WHITE

**MOHAMMED ABDUTHABIT,**
    Petitioner,

vs.

**UNITED STATES OF AMERICA,**
    Respondent.
_____/

## NOTICE OF APPEARANCE

Notice is hereby given that litigative responsibility for this matter has been assigned within the Office of the United States Attorney for the Southern District of Florida to Assistant United States Attorney James A. Weinkle, who hereby appears on behalf of the Respondent.

    Respectfully submitted,

    BENJAMIN G. GREENBERG
    ACTING UNITED STATES ATTORNEY

By:   s/James A. Weinkle
       James A. Weinkle
       **Assistant United States Attorney**
       Florida Bar No. 0710891
       99 N.E. 4th Street, Suite 300
       Miami, Florida 33132
       Tel.: 305.961.9290/Fax: 305.530.7139
       Email: James.Weinkle@usdoj.gov

*Counsel for United States of America*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                    **By:**   s/James A. Weinkle
                                                          **James A. Weinkle**
                                                          **Assistant United States Attorney**

*Mohammed Abduthabit*
*vs.*
*United States of America,*
**Case No.: 0:17-cv-62577-BLOOM/WHITE**
United States District Court/Southern District of Florida

| **Mohammed Abduthabit**<br>A# 209875963<br>Broward Transitional Center<br>Inmate Mail/Parcels<br>3900 North Powerline Road<br>Pompano Beach, FL 33073<br><br>*Pro Se*<br><br>Served via United States mail | **James A. Weinkle**<br>**Assistant United States Attorney**<br>**Office of the United States Attorney**<br>**Southern District of Florida**<br>James L. King Federal Justice Building<br>99 N.E. 4th Street, Suite 300<br>Miami, FL   33132<br><br>Email: James.Weinkle@usdoj.gov<br><br>Tel:   305.961.9290<br>Fax:   305.530.7139<br><br>**Counsel for United States of America**<br><br>*Served via Notice of Electronic Filing generated by CM/ECF* |
|---|---|